■ In the Matter of JULIE W., Respondent, v ADAM S., Appellant. (Appeal No. 2.) [636 NYS2d 678] —Appeal unanimously dismissed without costs *(see, Dompkowski v Dompkowski,* 154 AD2d 950). (Appeal from Order of Erie County Family Court, Blumberg, H.E.—Child Support.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.